

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00238-CR

## IN RE MICHAEL ANTHONY MOORE

## Original Proceeding

## O R D E R

Michael Anthony Moore's August 31, 2014 document entitled "Entry of Special Appearance and Motion to Strike Respondent Response to Relator's Petition for Writ of Mandamus" was received and filed on September 10, 2014.  To the extent it requests relief that is not moot by the issuance of our September 4, 2014 opinion, that relief is denied.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion denied
Order issued and filed September 25, 2014

